# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hawk Technology Systems LLC <br><br> v. <br><br> Pacific Yogurt Partners, LLC <br><br> **PLAINTIFF(S)** <br><br> **DEFENDANT(S).** | **CASE NUMBER** <br><br> SACV15-589 AG (DFMx) <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____          Otis D. Wright, II
Date                            United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The low numbered case (CV 14-1181), between different parties, settled before an answer was filed. The Court had no involvement in determining any aspect of the litigation and has no superior knowledge of either the facts or the law applicable to this case.

April 20, 2015                  _[signature]_
Date                            United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   CV14-1181 ODW (ASx)   and the present case:

- [ ] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   Douglas F. McCormick   to Magistrate Judge   Alka Sagar  .

On all documents subsequently filed in this case, please substitute the initials   ODW (ASx)   after the case number in place of the initials of the prior judge, so that the case number will read   SACV15-589 ODW (ASx)  . This is very important because the documents are routed to the assigned judges by means of these initials

cc: [x] *Previous Judge*   [ ] *Statistics Clerk*